UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No. 22-CR-

WILLIE VIVERETTE,     [18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

    Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about October 13, 2021, in the State and Eastern District of Wisconsin,

**WILLIE VIVERETTE,**

in connection with the acquisition of a firearm from Dunham's Sporting Goods, a federally licensed firearms dealer in West Allis, Wisconsin, knowingly made a false and fictious written statement intended and likely to deceive Dunham's Sporting Goods as to a fact material to the lawfulness of the sale and disposition of such firearm under the provisions of Chapter 44 of Title 18, United States Code.

2. Specifically, in connection with the purchase of a Hi-Point pistol, Model C9, 9mm, bearing serial number P10139130, the defendant falsely stated on a Firearms Transaction Record (ATF Form 4473) that he was the actual purchaser of the firearm when in fact he purchased the firearm for someone else.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about November 3, 2021, in the State and Eastern District of Wisconsin,

**WILLIE VIVERETTE,**

in connection with the acquisition of a firearm from Dunham's Sporting Goods, a federally licensed firearms dealer in West Allis, Wisconsin, knowingly made a false and fictious written statement intended and likely to deceive Dunham's Sporting Goods as to a fact material to the lawfulness of the sale and disposition of such firearm under the provisions of Chapter 44 of Title 18, United States Code.

2. Specifically, in connection with the purchase of a Glock pistol, Model 43, 9mm, bearing serial number AFW287, the defendant falsely stated on a Firearms Transaction Record (ATF Form 4473) that he was the actual purchaser of the firearm when in fact he purchased the firearm for someone else.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

FOREPERSON
Dated: 1/4/2022

RICHARD G. FROHLING
United States Attorney

2